IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.  95-30745
Summary Calendar
_____


WILLIE L. WARD,

                                        Plaintiff-Appellant,


versus


SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-608
- - - - - - - - - -
April 17, 1996

Before HIGGINBOTHAM, DUHE', and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    Willie Ward appeals the district court's judgment affirming
the decision of the Commissioner and dismissing his suit with
prejudice.  The Commissioner found that Ward was disabled from
only December 1991 to July 1992, not long enough to satisfy the
Commissioner's 12-month duration requirement for entitlement to
disability and disability insurance benefits.  See 20 C.F.R.
§ 404.1509.  Ward complains that this decision was not supported

_____

    *  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

by substantial evidence and that he has been disabled since an on-the-job injury in April 1991.

Our review of the record, the Secretary's decision, and the Report and Recommendation of the magistrate judge reveals no reversible error. The Secretary's decision was supported by substantial evidence. Therefore, the judgment on the district court is

AFFIRMED.